UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bruce A. Perrault

v. Case No. 26-cv-292-LM-TSM

United States Immigration Services

ORDER

The Court construes plaintiff's Motion to Transfer Court Case (document 16) as an Objection to the Report and Recommendation (document 15). After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 16, 2026.

The case is dismissed for lack of jurisdiction. The pending motions to dismiss (documents 3 and 7) are denied as moot. The clerk shall enter judgment and close the case.

______________________________
Landya B. McCafferty
United States District Judge

Date: November 16, 2026

cc: Bruce A. Perrault, pro se
Counsel of Record